120

United States Courts
Southern District of Texas
FILED
*June 24, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-25-0861-S1** |
| | § | |
| **ANA PAULINA ARAUJO GONZALEZ** | § | |
| **LUIS ENRIQUE GARCIA-GLORIA** | § | |
| **JESUS MANUEL VALDOVINOS-** | § | |
| **ROBLEDO** | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 5, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ANA PAULINA ARAUJO GONZALEZ**
**and**
**JESUS MANUEL VALDOVINOS-ROBLEDO**

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000.00 in United States currency, specifically $270,730.00 in United States dollars, on her person, in any conveyance, article of luggage, merchandise, and other container, and transported and attempted to transport that currency from a place within the United States, that is, Hidalgo, Texas, Port of Entry, Texas, to a place outside of the United States, that is, the United Mexican States.

In violation of Title 31, United States Code, Sections 5332(a) and 5332(b)(1) and Title 18, United States Code, Section 2.

### Count Two

From on or about February 1, 2025 to May 30, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JESUS MANUEL VALDOVINOS-ROBLEDO**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

**Count Three**

On or about May 30, 2025, in the Southern District of Texas, and within the jurisdiction of the court, defendants,

**LUIS ENRIQUE GARCIA-GLORIA**
**and**
**JESUS MANUEL VALDOVINOS-ROBLEDO**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 8 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

**NOTICE OF FORFEITURE**

As a result of the foregoing violations of Title 31, United States Code, Section 5332, and pursuant to Title 31, United States Code, Section 5332(b)(2), defendant,

**ANA PAULINA ARAUJO GONZALEZ**

**and**
**JESUS MANUEL VALDOVINOS-ROBLEDO**

shall forfeit to the United States all of his/her interest in all property involved in those offenses including but not limited to $270,730.00 in United States currency which he/she was about to

transport from a place within the United States to a place outside the United States, specifically, to the United Mexican States.

A TRUE BILL

FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY